IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD O. SMITH**                                                       **PLAINTIFF**
**#80625**

**V.**                         **NO. 4:22-cv-001163-JM**

**HIGGINS**, *et al*.                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE